AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Iowa_____

United States of America

Plaintiff (s),

V.

Mo Hailong, aka Robert Mo

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:13-cr-147

Notice is hereby given that, subject to approval by the court, __Mo Hailong, aka Robert Mo__ substitutes
(Party (s) Name)

__Mark E. Beck_____, State Bar No. __65163 (CA)__ as counsel of record in
(Name of New Attorney)

place of __Orrick, Herrington & Sutcliffe, LLP_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Mark Beck, Attorney at Law |
| Address: | 350 West Colorado Boulevard, Suite 200, Pasadena, CA 91105 |
| Telephone: | (626) 234-5334   Facsimile (323) 257-5619 |
| E-Mail (Optional): | mbeck@markbecklaw.com |

I consent to the above substitution.

Date: 06/20/2014

Mo Hailong

_(signature)_
(Signature of Party (s))

I consent to being substituted.

Date: 6-16-14

Orrick, Herrington & Sutcliffe LLP by Walter F. Brown

_(signature)_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6-18-14

Mark E. Beck

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/2/14

_(signature)_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]