**_U.S. v. Mo_**

**Search Warrants**

| Date | Place Searched | Items Siezed |
|---|---|---|
| 3/29/12 | Yahoo account content for Hailong Mo and Lang Deng account | Contents of all emails dated 1/2010-3/29/2012; all records or other information related to the account |
| 4/23/12 | Mo Hailong's cell phone GPS location data from T-mobile | GPS data from 2012 |
| 7/9/12 | Chevy Cruise - GPS tracking | Nothing seized.  (For operational reasons, tracking device was never placed on subject vehicle.) |
| 10/5/12 | Wang Hongwei - CBP search | Corn kernels, camera, cell phone, and oher items. |
| 10/23/12 | Li Shaoming - CBP Search | Corn kernels and miscellaneous evidence. |
| 10/23/12 | Ye Jian - CBP Search | Corn kernels and miscellaneous evidence. |
| 1/31/13 | Toyota Corolla - GPS Tracking | Unclear, nothing produced in discovery |
| 12/10/13 | Adel, Iowa Storage Locker-AM Mini Mart #48 | Seeds, bags and miscellaneous evidence. |



EXHIBIT

2

| 12/10/13 | Mo Hailong - Home (22130 Candle Court, Boca Raton, FL) | <u>Seed samples, documents, numerous digital devices, and miscellaneous evidence.</u><br>1. enclosed sketch for location reference;<br>2. Box 1-3 Financial, Tax and Scientific Documentation From Rm. C;<br>3. Financial Documents, Scientific Documentation;<br>4. Seed Samples.<br><br><u>CART Evidence Seized:</u><br>1. enclosed sketch for location reference;<br>2. Lenovo ThinkPad s/n: R9-WHGXU Rm. B-desk;<br>3. iPhone model A1429 IMEI: 990002719060723 Rm. B desk with charger;<br>4. SanDisk Cruzer micro 2GB USB drive and Ativa 4GB USB drive Rm. B-bag on desk;<br>5. Sony 4GB USB thumb drive Area 1;<br>6. Lenovo B570 s/n: WB03500130 with charger Area 1;<br>7. 2GB USB thumb drive labeled CHANTLAND Rm. C-desk;<br>8. IBM ThinkPad s/n: L3-CCN27 Rm. C;<br>9. Lenovo All-In-One Config # 57311582, s/n: VS80030015 with power supply Area C;<br>10. External USB hard drive model HD-D2-U2 Rm. C with power cord;<br>11. Hitachi 80 GB hard drive model HDS728080PLA380, s/n: PFDBU0SYU82P3X Rm. C;<br>12. Hitachi hard driv+F7e 320 GB, HTS725032A9A362 s/n: 100601PCK304VKJV049J Rm. B-desk;<br>13. Garmin Nuvi 350 s/n: 107250045 with charger Rm. B-desk with 2GB SanDisk SD cord;<br>14. Nokia cell phone model 1616-2C IMEI: 012569/00/3773664/OW/SIMCARD Rm. B-desk;<br>15. K-Touch cell phone model B618 s/n: 2619151025422731 with 2GB micro SD card and SIM card Rm. B-desk;<br>16. Power Rover Charger labeled ""Phibro Animal Health Corporation"" Rm. B. |

| Non-Warrant Searches | | |
|---|---|---|
| **Date** | **Search Description** | **Materials Obtained** |
| 6/5/12 | Adel Pole Camera | Video footage not produced, but duration of seizure described as 6/5/2012-10/5/2013. |
| 10/9/13 | Crown Plaza Hotel Room | Items sezied from hotel room. |
| 12/1/12 | Dong Zhanshan Google Records | Account records |
| 12/10/13 | DropBox for DBN | Unknown |
| 9/29/12 | Evidence collected from Dodge Journey after returned to Enterprise on 9/29/12 | Unknown |
| 12/11/13 | First Quality Mortgage | Documents and mirror images of 11 computer hard drives. |
| 2012 | Mo Hailong Residence Camera | Unknown dates, no playable video produced in discovery. |
| 2/17/12 | Mo Hailong Google Records | Information regarding Mo Hailong's robertmo@gmail.com account, including: subscriber information, session timestamps and originating IP addresses for logins by this account from 1/1/2011 to 2/8/2012. |
| 7/23/14 | Mo Yun Yahoo Records | Form 2703(f) preservation request letter and order sent to Yahoo via email regarding moyun6@yahoo.com.cn account. |
| 8/10/12 | Monee Pole Camera | Surveilled from 8/17/2012 - 1/25/2013, though no playable recordings produced in discovery. |
| 10/19/12 | Pen Register/Trap Trace (PR/TT) for (515.419.9648) | Application for Pen Register/Trap Trace (PR/TT) for an unknown AT&T cell phone (515.419.9648). |
| 4/27/12 | Pen Register/Trap Trace (PR/TT) for Mo Hailong's cell phone (786.223.3464) | Misc. No. 12-100:  Pen Register/Trap Trace (PR/TT) for Mo Hailong's cell phone (786.223.3464), active 4/27-5/6/2012. |
| 11/30/12 | Prairie Meadows Hotel Room | Per FBI memo, nothing of significance was found during the search, so nothing was seized. |
| 2/17/12 | Trash Cover from Holiday Inn Express | Trash from Holiday Inn Express, rooms 222 and 408, on 2/17/2012 (Wu Hougang and Wang). |
| 5/21/12 | Trash Cover from Mo's Florida residence | Miscellaneous items in Mo Hailong's trash on 5/21/12. |

| | | |
|---|---|---|
| 5/24/12 | Trash Cover from Mo's Florida residence | Miscellaneous items in Mo Hailong's trash on 5/24/12. |
| 5/28/12 | Trash Cover from Mo's Florida residence | Miscellaneous items in Mo Hailong's trash on 5/28/12. |
| 12/20/12 | Wang Hongwei's Enterprise rental car history | Wang Hongwei's Enterprise rental car history 5/4/2010 - 9/30/2012 |
| 10/25/11 | Zhao Lijuan Google Records | Information regarding Lijuan's Zhao's lijuan.zhao82@gmail.com account, including: subscriber information, session timestamps and originating IP addresses for logins by this account from 1/1/2011 to 10/25/2011, and a CD containing the email addresses available in the Gmail account for the same dates. |
| 12/22/12 | Zhao Lijuan Hotmail Records | Account records from 2011. |
| 11/17/12 | Zhao Lijuan MSN Records | Information regarding Lijuan's Zhao's curryfish01@hotmail.com, including: subscriber information, session timestamps and originating IP addresses for logins by this account from 1/1/2011 to 11/17/2011. |

| U.S. v. Mo Subpoenas | | |
|---|---|---|
| **Date** | **Search Description** | **Materials Obtained** |
| 5/15/12 | AMEX information for Mo Hailong | AMEX (Delta Sky Miles and Costco) credit card account statements for Mo Hailong, DBN, and Ping Li from 1/01/11 to 5/21/12. |
| Unknown | BofA information for Mo Hailong | Bank of America Checking Account Statements for Mo Hailong. (CTRL-ED-140904-00002348) |
| Unknown | BofA information for Mo Hailong | Bank of America Account Statements from 12/28/07 to 5/14/12 for Mo Hailong's Money Market Savings, Advanced Tiered Interest Checking, My Access Checking, Regular Savings/UTMA (Judy Mo), and Regular Savings/UTMA (Samuel Mo) accounts. |
| 5/31/2012 | Citibank information for KNNA | Citibank address, phone, tax ID for Kings Nower North America. |
| 5/31/2012 | Citibank information for KNNA | Citibank Business Deposit Account Application for Kings Nower North America. |
| Unknown | Countryside information for Eugene Yu | State Bank of Countryside loan documents. |
| 5/21/12 | DHL information for Mo Hailong | DHL says they were unable to locate any responsive materials |
| Unknown | Dovenmuehle information for Mo Hailong | Mortgage documents, call log and escrow account statements for Mo Hailong and Li Ping's Florida residence. |
| 5/11/12 | Equifax information for Mo Hailong | Names, addresses, and phone numbers of all businesses where Mo Hailong maintains or has maintained a consumer account. |
| 4/30/12 | Expedia information for Mo Hailong | Travel record information including credit card information for Mo Hailong, aka Robert Mo, for the time period 1/2/11 to present. |
| 10/10/13 | Expedia information for Ye Jian | Expedia responded on 10/25/2013 reporting that no records existed in their system for Ye Jian. |

| 6/27/14 | Gmail information for Mo Yun | Information that the moyun6@gmail.com account was created on 9/3/2005, and utilizes Gmail, Google services, Google talk, iGoogle, that a recovery email address is listed as moyun6@vip.16.63.com and that no IP logs are available. |
|---|---|---|
| Unknown | Google Voice information for Dong Zhanshan | Information regarding Dong Zhanshan's Google Voice account in password protected document. |
| 5/31/12 | Hearland Co-Op information for Mo Hailong | Records produced by Heartland regarding Mo's address and bushels settled from 11/17/2009 to 10/05/2011. |
| Unknown | Homestead Technologies information for Robert Moores | The US Attorney's Office requested the name, address, and social security number for the tax return electronically transmitted to the Intuit (Turbo Tax) Electronic Filing Center on 2/24/13 for Robert Moores. Homestead did not have access to files and provided an address where the FBI should send a subpoena. |
| 3/24/14 | Illinois Department of Revenue information for BKN | On 03/24/2014, a FGJ Subpoena served to the Illinois Department of Revenue requested a certified copy of the 2012 tax return for Kings Nower North America. On 04/02/2014, the Illinois Department of Revenue provided a letter stating that Illinois State law required a court order coupled with assurances that any tax violations would be prosecuted by the investigating entity. |
| 5/22/12 | ING Financial for Mo Hailong | ING Direct sends Mo Hailong's financial documents including: Orange Mortgage (OMA) application and closing documents; Orange Home Equity (OHEL) application and documents; front and back copy of checks received for deposit or payment; monthly and quarterly statements from account opening to most recent available; 1099 Tax statements; and a Declaration of Custodian of Records. |
| 12/10/13 | International Bank of Chicago information for Eugene Yu | International Bank of Chicago Account Statements from 12/31/12 to 11/30/12 for Eugene Yu and Hsing Chen. |

| 2/10/14 | Intuit information for Robert Moores | Name, address, and social security number for the tax return electronically transmitted to the Intuit Electronic Filing Center on 02/24/2013 at 11:42 PM PST for order number TTWGY6D11711318 billed to Robert Moores. Also included tax return, 1040 and spreadsheet of return information. |
| Unknown | JP Morgan information for Mo Hailong and DBN | JPMorgan Chase Credit Card Statements from 1/1/11 to 6/1/11 for Mo Hailong and DBN Technologies, LLC. |
| 10/17/12 | MSN information for Mo Hailong | Subscriber information for robertMoht@hotmail.com. On 11/01/2012, MSN responded that they have no records or information on the e-mail account. |
| 12/17/12 | Pioneer PKP information | List of personnel who had access to the PKP. |
| 1/31/14 | Police Federal Credit Union information for Lynette Naylor | Account application and signature card, statements for the time period 02/01/2009- 06/01/2009 and instruments of $500 or more from 02/01/2009 to 06/01/2009 for the checking account number 520650. |
| Unknown | Prairie Title Services for Eugene Yu | Disbursement Statement for Eugene Yu and Hsing Chen's property in Frankfort, Illinois located at 125 Acres SE Corner 88th Ave. |
| 3/19/12 | Quest information for unknown number | Tracking number 2012-0000-3309, subscriber and service information from 12/1/10 to present for the phone number 515-992-2158. |
| 4/7/14 | Regions Financial information for Robert Moores | Regions Financial reported that the account number belongs to ITC Financial Licenses-Prepaid Card provider in Columbus, Georgia. Regions Financials routing number was also used to handle the final settlement. |
| 5/4/12 | Skype information for Lijuan Zhao and Mo Hailong | For the time period of 4/6/12 to the present: (1) any and all related documents for accounts janet_zlj, longfengying2, and longfengying3, subscribed to Lijuan Zhao, aka Lijuan Mandelbaum, email address curryfish01@hotmail.com; (2) any and all related documents for the account robertskype6, subscribed to Mo Hailong, using email address robertmoyh@yahoo.com. |

| | | |
|---|---|---|
| Unknown | Sprint phone records for Mo Hailong | Dialed and received call numbers for 352-220-7232 from 9/17/2011 to 10/17/2011 with the duration of each call in seconds. |
| 1/31/12 | Stine/BKN Agreement | Executed hybrid seed corn testing agreement between EDEN Enterprise and BKN signed by Harry Stine and Li Shaoming. |
| Unknown | TCF Bank information for Eugene Yu | TCF Bank Statements for Eugene Yu and/or Hsing Chen, cancelled checks and deposit slips from 3/11/12 to 3/7/13. |
| 10/3/11 | T-Mobile Phone information for Mo Hailong and He Zengguo | Information related to the cell phone numbers: 954-536-8750, and 786-223-3464. |
| Unknown | Verizon information for Mo Hailong | Verizon responds that number requested is not a Verizon Wireless number. Nevertheless, Verizon provides information regarding Mo Hailong's "CDR Location Details." |
| 8/21/12 | Verizon information for Ye Jian | Subscriber and service information, and toll record information for August 1, 2012 to the present for the phone number: 312-965-9642. |
| Unknown | Wells Fargo information for Mo Hailong | Wells Fargo Home Mortgage requires additional information because it cannot find any record related to "Robert Mo." |
| 6/27/2014 | Yahoo information for Mo Yun | moyun6@yahoo.com.cn account. |
| 3/21/14 | Yahoo information for Robert Moores | Basic subscriber information to include name, address, length of service, screen names, any other email accounts, and billing information for the email address: PROFESSIONAL556@YAHOO.COM. |
| 11/15/12 | Yahoo information for Wang Hongwei | Copies of toll call subscriber and billing statements the months of May 1, 2011 through present (and credit information for account hongweiwang@yahoo.com), copies of subscriber and service information, and toll records for time periods May 1, 2011 to present. |