## VERBATIM TRANSLATION

Li Shaoming says:
> Dr. MO: Happy New Year!

Li Shaoming says:
> Have you received the email about US corn breeds that I sent you before the Spring Festival?

Li Shaoming says:
> Now we have made some improvements based on the original list. I am sending you the revised document (this email address).  Please check and receive!

Li Shaoming sends:


> Open(Alt+P)

Li Shaoming says:
> Please keep us posted about any related matters!

Hailong says:
> Dr. LI: Happy Spring Festival!

You have successfully received *C:\Documents and Settings\DBN\My Documents\My Received Files\Elite US Strains.xls* from Li Shaoming.


Li Shaoming says:
> Good! Very good! Excellent!

Li Shaoming says:
> Did you see the other messages I sent before?

Hailong says:
> I have received the updated email.  This task is top priority.  I will try my best to coordinate and maneuver......

Hailong says:
> I will communicate with you for advice when I have questions.

Li Shaoming says:
> The seed enterprise army wants to thank you.  The breeds on the last *sheet* in the email I just sent you are in the order of high importance to low importance (sorted by number of experiments at each location).   I will send you the breeds in the US corn productivity contests in a couple of days.  All contest winning breeds are on the priority collection list.

Hailong says:
> Does the red colored portion in the document have special meaning?

Li Shaoming says:
> Red color means the breed has ranked on top five in at least two area tests and is a key breed.

Hailong says:
> Ok.

