UNCLASSIFIED
VERBATIM TRANSLATION

Encrypting Assitant says:
   *--- System Notice: the chat content below is unencrypted ---*
Li Shaoming says:
   Hello Dr. MO [STC: 5459] !
Hailong says:
   Morning Dr. LI [STC: 2621]
Li Shaoming says:
   How is the corn in our farm?
Hailong says:
   The farmhand says it's good.
Li Shaoming says:
   Did you go over there and take a look?
Hailong says:
   Not yet. I have been watching the weather closely…it was windy at first, and now it's rainy…I have been in touch with the farmhand there.
Encrypting Assitant says:
   *--- System Notice: the chat content below is unencrypted ---*
Li Shaoming says:
   Should we plan for inbred seedling separation this year?
Hailong says:
   That would need people. Also, the seed seller mentioned that he/she wants to put up a sign for me as a promotion for the experiment field when the time comes…
Hailong says:
   Inbred seedling separation needs a smaller range

Encrypting Assitant says:
   *--- System Notice: the chat content below is unencrypted ---*
Li Shaoming says:
   It'd be better to try it this year! Also, could you find out the main US location(s) for their local corn seed production (i.e. male parents and female parents are inter-planted in alternating rows to produce hybrid seeds)?  It'd be better to go and take a look !
Hailong says:
   I located a seed parent warehouse, but free inquiries can only be done by professional research institute(s). Young GUO [STC: 6753] tried, but was scared by them.  They questioned him about who exactly was inquiring the information and that he would be sued if he didn't tell. Fortunately it calmed down.
Li Shaoming says:
   This quarter, we planted the 13 hybrid seeds that you collected last year in eight test fields.  Those in Shunyi [satellite city of Beijing] produced very nice results so far!  A few days ago there was severe lodging in Shunyi and it proved that the lodging

UNCLASSIFIED


GOVERNMENT EXHIBIT 8

UNCLASSIFIED

resistance of the 13 hybrid seeds is better than Xianyu 335 (Pioneer's flagship breed in China). Whether their lodging resistance is comparable to Zhengdan 958 or not, still needs to be validated. We'll have the results of yield and other resistance traits by the end of the year.

Hailong says:
Excellent.

Li Shaoming says:
It would be inappropriate to request seeds from the seed parent warehouse.

Hailong says:
Young GUO underestimated the enemy and acted in haste.

Li Shaoming says:
The next focus of your work over there is: how to increase collection quantity; improve collection relevance, and explore channels to obtain inbred male parent

Hailong says:
Ok. Need to think it through.

Hailong says:
Next year's rotation crop is soybean. It has some minor issues.

Li Shaoming says:
More and more information has proven that this collection tactic has huge impacts to our advantages in breeding materials.

Hailong says:
You can get more details on the parent warehouse incident when Young GUO [STC: 6753] returns to the home country. They even managed to obtain my personal information. I gave a simple explanation that I was mistaken and they didn't pursue further. Young GUO was really frightened. One factor was English not good.

Hailong says:
How to increase collection quantity----this is relatively easy; improve collection relevance----need professional guidance; explore channels to obtain inbred male parent----need professional guidance

Hailong says:
Didn't plant this year either?

Encrypting Assitant says:
--- System Notice: the chat content below is unencrypted ---

Li Shaoming says:
It looks like that this farm is quite limited in supporting our function to collect. We need to figure out ways to collect without reliance on the farm and ways to exercise the farm's full potential. Is it possible to plant corn and soybeans half by half each year and take turns yearly? That would solve the problem.

Hailong says:
We have many new varieties this year.

Hailong says:
But a big benefit of the farm for our collection effort is that: greatly improved security and legality.

UNCLIASSIFIED

UNCLASSIFIED

Hailong says:
  Don't have to worry about others asking a lot of questions.
Li Shaoming says:
  Everything was planted for this year. Since the seed quantity was inadequate, they were only planted in Shunyi [satellite city of Beijing]. Mainly used for inbred seedling separation and haploid. Usage value assessment (multi-site experiment) will depend on you shipping back more seeds, and can only wait until next year.
Hailong says:
  The seed quantity is still inadequate? There were more than 2000 pieces for each variety. Too heavy - I lived in fear for more than a week.
Li Shaoming says:
  The 13 sets from last year were heavily used. By this fall, you will see the performance of the hybrids produced by coupling among materials and a large amount of inbred lines selected from these materials (direct separation inbred line, second cycle selective lines [sic], and DH lines).
Hailong says:
  Great.
Li Shaoming says:
  Since seeds from overseas have higher purity, the 2000 pieces were only enough for inbred seedling separation. The usage value assessment requires about 150 pieces of seeds for each test site. A couple of the 13 sets that were separated last year were finally proved not inbred lines.
Hailong says:
  A couple of the 13 sets that were separated last year were finally proved not inbred lines. Need to conduct more separation?
Encrypting Assitant says:
  --- *System Notice: the chat content below is unencrypted* ---
Li Shaoming says:
  Because we were worried that you can't separate the inbred seedlings there, we've placed inbred seedling separation as our number one task here this year. We have done multi-site (6) planting evaluation on the inbred seedlings that were separated last year. So far the performance is good.
Hailong says:
  Excellent! It is very encouraging knowing that they are very useful.
Li Shaoming says:
  You can communicate with CHEN Dianqing [STC: 7115/3013/7230] for professional advice. Knowing seed production is an effective way to obtain inbred male parent. When will Young GUO return to the home country?
Hailong says:
  This month.
Hailong says:
  The specific date is not that far away. I'll check with him.
Li Shaoming says:
  Ok. We'll chat at another time.

UNCLIASSIFIED

UNCLASSIFIED

Hailong says:
  Ok.
Li Shaoming says:
  Please have Young GUO contact me before he leaves for the home country.
Hailong says:
  Ok.