| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 4:13-cr-00147 |
| DEFENDANT | TYPE OF PROCESS |
| Mo Hailong, a/k/a Robert Mo | Sell Property |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Maureen McGuire
United States Attorney's Office
2nd Floor, Suite 286
110 East Court Avenue
Des Moines, IA 50309

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED 2016 JUL 28 AM 10:10 U.S. MARSHALS SERVICE Southern District of Iowa

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Sell the real property located at the Northwest corner of 298th Place and Amarillo Avenue near Redfield, IA pursuant to the final order of forfeiture (14-FBI-005378).

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Maureen McGuire
TELEPHONE NUMBER: (515) 473-9354
DATE: 7-27-16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 3b | District to Serve No. 3b | Signature of Authorized USMS Deputy or Clerk: U. Mason | Date: 7/28/16 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/10/17   Time: N/A   am/pm

Signature of U.S. Marshal or Deputy

RECEIVED 2017 JUN 12 AM 11:54 U.S. DISTRICT COURT DISTRICT OF IOWA

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| — | — | — | — | — | — |

REMARKS: Real Property sold 02-10-2017

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |